[No. 53876-4-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. HALLMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-05523-1, LeRoy McCullough, J., entered February 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53971-0-I. Division One. April 4, 2005.]

BARDY NGUYEN, *Appellant*, v. GOOD CHEVROLET, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-26883-8, George T. Mattson, J., entered February 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54028-9-I. Division One. April 4, 2005.]

TROY LANCASTER, *Respondent*, v. HAROLD PERRY ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-25965-1, Bruce W. Hilyer, J., entered November 24 and December 17, 2003 and February 20, and March 1 and 29, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Schindler, JJ. Now published at 127 Wn. App. 826.

[No. 54061-1-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HOWARD WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07787-5, Steven G. Scott, J., entered April 5, 2004. *Affirmed* by unpublished per curiam opinion.